No. 3712.—Resuelto en Julio 6, 1927.

De acuerdo con la opinión del tribunal en este caso, del Hon. Juez Asociado Sr. Hutchison, (pág. 52) se inserta aquí lo que sigue como parte de la misma.

"Petición.—Sr. Juez de Primera Instancia: Don Enrique Amy y Pareñó, vecino de esta Villa, casado, mayor de edad y propietario, ante V. S. en la forma que mejor proceda, comparezco y digo: Que mis menores hijos doña Josefina, don Enrique, doña Dolores y doña Carmen, habidos en mi primer matrimonio con doña Juana Carlota Ramú y Moret, son dueños de cuarenta y tres cuerdas de terreno y veinte y ocho y medio centavo de otra, sitas en el barrio de Jobos y lugar de Río Seco, de este término, colindantes al norte y oeste, con más terrenos, hoy de la Sucesión de doña Carmen Moret y Calandrau; al sud, con otros de doña Juana Carlota Ramú y Moret, hoy los citados menores, y al este, el camino de Dureño que los separa de don Jesús María Texidor y Vázquez; que obtuvieron por compra a don Antonio J. Alcaide y Hernández por escritura de dos de noviembre de mil ochocientos noventa, otorgada ante el Notario de esta Villa don José Mariano Capó, según la comprueba con el testimonio que en unión de otro título del vendedor Alcaide, ritualmente acompaño. Esos terrenos, en la operación de venta que tengo concertada de otras también pertenecientes a mis dichos hijos con don Eugenio Verges, para cuya venta solicité y obtuve autoridad de V. S. por auto fecha veinte y dos de julio de mil ochocientos noventa y tres, pueden alcanzar mayor valor del en que se adquirieron y como negociación que conviene o reporta utilidades a mis hijos, de los cuales conservo la patria potestad, estoy resuelto a llevarla a cabo, destinando su producido a la compra de otra

961

propiedad inmediata o colindante a la que poseo en el barrio
de Aguamanil, dando así a ésta mayor mérito o valor del que
en la actualidad tiene, con lo que evidentemente demostrado
queda, que en su día, ese aumento de valor de dicha pro-
piedad a nadie más que a ellos beneficia; pero como para
consumar la venta, o llevarla a término es necesario la auto-
rización judicial, atemperándome a lo que en el presente caso
dispone la ley, a cuyos preceptos me acojo, promuevo infor-
mación testifical, al extremo de justificar la utilidad de la
enajenación, para que los que presentare declaren con arreglo
al siguiente interrogatorio. 1ª. Por las generales de la ley.
2ª. Digan cómo es cierto y les consta que el terreno descrito
no vale más que la suma en que se obtuvo por compra, y
que hoy, por virtud de la operación de venta que tengo pen-
diente con D. Eugenio Verges, de otros terrenos de mis
menores hijos, alcanzarán mayor valor, por cuya circuns-
tancia consideran la venta del terreno ya mencionado, de
utilidad para dichos menores. 3ª. De público y notorio, etc.,
etc. POR TANTO, suplico a V. S. se sirva admitirme la infor-
mación que ofrezco y en su virtud autorizarme, con audiencia
del Ministerio Fiscal, para vender las expresadas cuarenta
y tres cuerdas de terreno y veinte y ocho y medio centavos
de otra, disponiendo se me compulse testimonio de esa auto-
rización a los efectos procedentes.''

''RESOLUCIÓN FINAL.—AUTO.—En la Villa de Guayama, a
veinte de diciembre de mil ochocientos noventa y cuatro, el
señor don Eduardo Ibáñez y Domenech, Juez de 1ª Instancia
de la misma y su partido.—Vistos.—Resultando: Que D.
Enrique Amy Pareñó, en su concepto de padre legítimo de
sus hijos doña Josefina, D. Enrique, doña Dolores y doña
Carmen Amy y Ramú, habidos en su primer matrimonio con
doña Juana Ramú y Moret, compareció pidiendo autoriza-
ción judicial para vender cuarenta y tres cuerdas de terreno
y veinte y ocho y medio centavos de otra, pertenecientes a
sus referidos hijos por compra a don Antonio J. Alcaide y

Hernández, por escritura pública de dos de noviembre de mil ochocientos noventa, otorgada ante el Notario de esta Villa don José Mariano Capó, visible en este expediente, folios del seis al nueve inclusive, cuyos terrenos están situados en el barrio de Jobos, lugar de Río Seco, de este término municipal, lindantes al norte y oeste con más terrenos hoy de la sucesión de doña Carmen Moret Calandrau; al sud, con otros de doña Juana Carlota Ramú; hoy los citados menores y al este, el camino de Dureño que los separa de don Jesús María Texidor Vázquez, con objeto de comprar otros terrenos colindantes a la propiedad que el referido don Enrique Amy y Pareñó posee en el barrio de Aguamanil, a lo que así se le da mayor valor del que en la actualidad tiene, y que ese aumento en su día a nadie beneficia más que a sus mencionados hijos. Resultando: que por las declaraciones de los testigos suministrados en la información practicada, de cuyo conocimiento el actuario dió fe, se ha acreditado la certeza de conveniencia de la venta de que se trata por ser beneficiosa para los menores.—Resultando: que es favorable el parecer del representante del Ministerio Fiscal. Considerando: que la venta la ha solicitado el padre de dichos menores, que se ha expresado el motivo de la enajenación y el objeto a que debe aplicarse la suma que se obtenga, habiéndose justificado la utilidad de la venta y se ha oído sobre ella al representante del Ministerio Fiscal. Vistos los artículos 154 y 164 del Código Civil, Dijo: Que debía conceder y concedía a don Enrique Amy y Pareñó la autorización para vender las cuarenta y tres cuerdas de terreno y veinte y ocho y medio centavos de otra antes descritas que corresponde a sus hijos doña Josefina, don Enrique, doña Dolores y doña Carmen Amy y Ramú, por compra a don Antonio J. Alcaide, dándose al recurrente los testimonios que solicite de esta autorización a los efectos (digo) fines consiguientes. . .''

''AUTO: En la Villa de Guayama a veinte y dos de julio

de mil ochocientos noventa y tres, el Sr. Don Eduardo Ibáñez y Domenech, Juez de 1ª. Instancia de la misma y su partido. Vistos: Resultando: que don Enrique Amy y Pareñó, en su concepto de padre legítimo de sus hijos doña Josefina, don Eduardo Enrique, doña María Dolores Dominga y doña María Carmen Amy y Ramú habidos en su matrimonio con doña Juana Ramú y Moret, compareció pidiendo autorización judicial para vender cuarenta y tres cuerdas y un cuadro de terreno, pertenecientes a sus referidos hijos, por herencia de su madre, situados en el barrio de Jobos, de este término Municipal, colindantes al sud, con el camino que conduce a Ponce; al este, con terrenos de don Jesús María Texidor; al norte, con tierras de la Sucesión Crousset y al oeste con terrenos de la Sucesión Carmen, Vda. de Conner, con objeto de comprar otros colindantes con la estancia de café denominada 'Trinidad,' de la propiedad del mencionado don Enrique Amy y Pareñó, y de esa manera afianzar lo que pertenece exclusivamente a sus citados hijos, con mucho más valor y aumento de los que hoy tienen los que pretenden vender. Resultando: Que por las declaraciones de los testigos suministrados en la información practicada, de cuyo conocimiento el actuario dió fe, se ha acreditado la certeza de la conveniencia de la venta de que se trata. Resultando, de esta misma información, que las cuarenta y tres cuerdas y un cuadro de terreno pertenecientes a los menores hijos del citado don Enrique Amy y Pareñó no valen hoy más que la suma de mil quinientos pesos, y que por efecto de la negociación para la compra de otros colindantes a la hacienda de café ya mencionada alcanzarán un valor de tres mil quinientos pesos, siendo por consiguiente de utilidad para los menores la enajenación de que se trata, los cuales han sido declarados herederos por iguales partes de su finada madre, por auto de cuatro del corriente mes, dictado por este Juzgado de Primera Instancia. Resultando: que es favorable el parecer del representante del Ministerio Fiscal. Conside-

rando que la venta la ha solicitado el padre de dichos me-
nores, que se ha expresado el motivo de la enajenación y el
objeto a que debe aplicarse la suma que se obtenga, habién-
dose justificado la utilidad de la venta y se ha oído sobre
ello al representante del Ministerio Fiscal.  Vistos los ar-
tículos 154 y 164 del Código Civil, Dijo: Que debía conceder
y concedía a don Enrique Amy y Pareñó, la autorización para
vender las cuarenta y tres cuerdas y un cuadro de terreno,
antes descritos, que corresponden a sus hijos doña Josefina,
don Eduardo Enrique, doña María Dolores Dominga y doña
María Carmen Amy y Ramú, por herencia de su finada madre
doña Juana Ramú y Moret, dándose al recurrente los testi-
monios que solicite de esta autorización a los fines consi-
guientes. . .''